HENRY M. BRADY, DEFENDANT IN ERROR, v. THE FRANKLIN SAVINGS INSTITUTION, OF NEWARK, PLAINTIFF IN ERROR.

Submitted July 9, 1906—Decided February 2, 1907.

On error to the Supreme Court.

For the plaintiff in error, *Alexander Grant* and *James B. McKee.*

For the defendant in error, *Frederick M. P. Pearse.*

PER CURIAM.

The judgment brought here by this writ of error is affirmed, on the grounds stated in the opinion of Mr. Justice Swayze, in the Supreme Court, reported in 44 *Vroom* 152.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, FORT, GARRETSON, PITNEY, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J. 14.

*For reversal*—None.